**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| IN RE:<br>ROBIN BYRON FULLER JR<br>1428 GREENWOOD AVE<br>NASHVILLE, TN 37206 | CHAPTER 13<br>CASE NO. 15-04312-KL3-13<br>KEITH M LUNDIN |
| SSN XXX-XX-2323 | 10/08/2015 |

**ORDER STOPPING**
**PAYROLL DEDUCTION OR DIRECT PAY ORDER**

    An order to pay trustee was previously issued in the above referenced case to the entity from whom the debtor receives income. The Chapter 13 case for the above named debtor has been dismissed or converted by this Court, therefore,

    IT IS ORDERED that no direct payments or deductions be made from payments due to the debtor, **ROBIN BYRON FULLER JR,** by the entity from whom the debtor receives income except upon further order of this court.

xc:

**ROBIN BYRON FULLER JR**
ROTHSCHILD AND AUSBROOKS PLLC
Henry E. Hildebrand
OVATION EVENTS
ATTN PAYROLL
1138 2ND AVE N
NASHVILLE, TN 37208

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.